United States District Court
Southern District of Texas
FILED

APR 1 8 2006

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2006

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. L-06-CR-295** |
| | § | |
| **Richard Paul Hamilton** | § | |

### ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 5, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 18th day of April, 2006.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE